1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Case No.: CR16-4-VAP
11                                   )
            Plaintiff,                )   ORDER OF DETENTION PENDING
12                                   )   FURTHER REVOCATION
        v.                            )   PROCEEDINGS
13                                   )   (FED. R. CRIM. P. 32.1(a)(6); 18
    William E. Smith                 )   U.S.C. § 3143(a)(1))
14                                   )
            Defendant.                )
15  _____)

16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the ___Central___ District of
18  __California__ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (X)  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c).  This finding is based on the following:
25          (X)  information in the Pretrial Services Report and Recommendation
26          (X)  information in the violation petition and report(s)
27          ( )  the defendant's nonobjection to detention at this time
28          ( )  other: _____

                                        1

1         and/ or

2 B. (|)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (X)   information in the Pretrial Services Report and Recommendation
7         (X)   information in the violation petition and report(s)
8         ( )   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: November 23, 2016         _____
15                                             SHERI PYM
                                            United States Magistrate Judge