1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
UNITED STATES OF AMERICA,     )     Case No.: EDCR16-00004-VAP
11                                    )
            Plaintiff,                )
12                                    )     ORDER OF DETENTION PENDING
                                      )     FURTHER REVOCATION
13          v.                        )     PROCEEDINGS
WILLIAM ELSWORTH SMITH,        )     (FED. R. CRIM. P. 32.1(a)(6); 18
14                                    )     U.S.C. § 3143(a)(1))
                                      )
15          Defendant.                )
                                      )
16
        The defendant having been arrested in this District pursuant to a warrant
17
issued by the United States District Court for the CENTRAL  District of
18
CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or
19
supervised release; and
20
        Having conducted a detention hearing pursuant to Federal Rule of Criminal
21
Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22
A.  (X)   The defendant has not met his/her burden of establishing by clear and
23
          convincing evidence that he/she is not likely to flee if released under 18
24
          U.S.C. § 3142(b) or (c).  This finding is based on the following:
25
          (X)    information in the Pretrial Services Report and Recommendation
26
          (X)    information in the violation petition and report(s)
27
          (X)    the defendant's nonobjection to detention at this time
28
          ( )    other:_____

1

1     and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3     convincing evidence that he/she is not likely to pose a danger to the

4     safety of any other person or the community if released under 18 U.S.C.

5     § 3142(b) or (c). This finding is based on the following:

6     (X)   information in the Pretrial Services Report and Recommendation

7     (X)   information in the violation petition and report(s)

8     (X)   the defendant's nonobjection to detention at this time

9     ( )   other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: June 5, 2017

15             KENLY KIYA KATO
            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28